UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

**FILED**

JAN 2 0 2012

NO. 7:12-MJ-1009

DEN... IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES OF AMERICA )
)                    ORDER TO SEAL
V.                  )              CRIMINAL COMPLAINT,
)          AFFIDAVIT, ARREST WARRANT,
)                and MOTION TO SEAL
NEVINE ALY ELSHIEKH )

Upon motion of the United States and for good cause shown, it
is hereby ORDERED that the Complaint, Affidavit and Arrest Warrant
in the above-referenced matter, as well as the Motion to Seal, and
this Order to Seal the same be sealed by the Clerk until further
order by this Court, except that a certified copy of the same be
provided to the Office of the United States Attorney.

This 20 day of January, 2012.

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE