UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:12-CR-00020-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| NEVINE ALY ELSHIEKH | ) | |
| | ) | |

This matter is before the court on defendant's unopposed, amended motion for substitution of her custodian. The motion is ALLOWED. It is hereby ORDERED that:

1. Nina Elshiekh shall act as an alternative custodian of defendant from 4 December 2012 to 28 January 2013 or until Aly Elshiekh's return from Egypt, whichever is later;

2. During that time period, Nina Elshiekh shall reside at the residence of Aly and Soad Elshiekh with defendant;

3. Nina Elshiekh may use electronic devices while in the residence serving as the alternative custodian, although defendant remains prohibited from accessing the internet, and using any cell phone or electronic devices and computers; and,

4. Prior to 4 December 2012, the U.S. Probation Office shall coordinate with Nina Elshiekh to review the conditions of defendant's release as set forth in the court's 8 March 2012

order and to obtain her signature below.

This 30 November 2012.

                                                  W. Earl Britt
                                                  Senior U.S. District Judge

I, Nina Elshiekh, agree to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____

Date: _____

2

Case 7:12-cr-00020-BR   Document 334   Filed 11/30/12   Page 2 of 2