UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN  DIVISION
NO: 7:12-CR-00020-BR


UNITED STATES OF AMERICA            )
                                    )
                                    )
        v.                          )            ORDER
                                    )
NEVINE ALY ELSHIEKH                 )
                                    )


This matter is before the court on defendant's unopposed motion to exceed the page

limitation for sentencing memoranda.  For good cause shown, the motion is ALLOWED, and

defendant's sentencing memorandum shall not exceed 20 pages in length.

This 1 May 2013.

'

_____
                W. Earl Britt
                Senior U.S. District Judge