UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:12-CR-00020-BR

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ) | |
| NEVINE ALY ELSHIEKH ) | |
| ) | |

This matter is before the court on defendant's motion for cancellation of her appearance bond. Because defendant has reported to the Bureau of Prisons to serve her sentence, the motion is ALLOWED. The bond is hereby cancelled, and the security posted is released. (See DE ## 96, 97.)

This 11 July 2013.

_____
W. Earl Britt
Senior U.S. District Judge