UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:12-CR-20-3BR

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Nevine Aly Elshiekh | ) | |
| | ) | |

On July 11, 2013, the court granted the motion for cancellation of appearance bond of Nevine Aly Elshiekh ("defendant") (D.E. #365). As set forth in the order, the bond is cancelled (D.E. #96), and the security posted is released because defendant is in custody and therefore has complied with the conditions of release.

Accordingly, pursuant to Local Criminal Rule 10.2 and Local Civil Rule 56.1(c), it is hereby ordered that the liability incurred by defendant for the appearance bond and conditions of release in the sum of $1,000,000.00 secured by property are cancelled. Satisfaction of deed of trust and a copy of this order are returned to:

Michael Lincoln, P.A.
Post Office Box 4130
Emerald Isle, North Carolina 28594

Jon T. Booker
Stewman & Booker Law Group, PC
5107 South Park Drive, Suite 206
Durham, North Carolina 27713

DATE: July 15, 2013

Julie A. Richards, Clerk of Court